IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INKIT, INC., <br><br> Plaintiff, <br><br> v. <br><br> AIRSLATE, INC., <br><br> Defendant. | Civil Action No. 23-793-RGA |

ORDER AFTER PRETRIAL CONFERENCE

Now, this 14th day of March, 2025, after a pretrial conference, and upon consideration of the proposed pretrial order (D.I. 185) and the discussion at the pretrial conference, IT IS HEREBY ORDERED that:

1. The Proposed Pretrial Order (D.I. 185) is **ADOPTED**, as modified by any discussion at the pretrial conference.

2. A bench trial will begin on Monday, March 31, 2025, at 9:30 a.m. Each side should be prepared to present its case until 5:00 p.m. of each trial day, although the end of the trial day may, in the discretion of the Court, be earlier than 5:00 p.m.

3. The trial is timed. Each side is allowed 6 hours for its opening statement and its direct and cross-examination of witnesses. Time during the trial day that does not neatly fit into one of those categories will be attributed to one side or the other as the Court thinks most appropriate. Closing argument will be held on Wednesday, April 2, 2025. The amount of time allowed for closing argument is not expected to exceed 30 minutes per side and may be less.

4. Trial counsel are to be present and ready to proceed at 9:15 a.m. each and every day of trial. **COUNSEL SHOULD UNDERSTAND THAT THERE MAY BE LONG LINES**

**(PARTICULARLY WHEN A JURY IS BEING SELECTED) TO ENTER THE COURTHOUSE AND SHOULD PLAN ACCORDINGLY.** There will be up to an hour for lunch and at least one break in both the morning and the afternoon.

5. The Court ruled on the pending motions. For the reasons stated on the record at the pretrial conference, the motions are resolved as follows. Plaintiff's MIL (D.I. 185, Exhibit #9) is DENIED without prejudice to renew at trial. Defendant's MIL (D.I. 185, Exhibit #10) is DENIED without prejudice. The Motion to Strike Jury Demand (D.I. 169) is DISMISSED as moot.

6. Any trial logistics should be coordinated through the Courtroom Deputy.

/s/ Richard G. Andrews
United States District Judge