IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INKIT, INC., <br><br> Plaintiff, <br><br> v. <br><br> AIRSLATE, INC., <br><br> Defendant. | Civil Action No. 23-793-RGA |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, Defendant's *Daubert* motion to exclude the expert testimony of Mr. Glenn Newman (D.I. 156) is DENIED. Defendant's *Daubert* motion to exclude the expert testimony of Dr. Justin Anderson (D.I. 159) is GRANTED in part and DENIED in part.

IT IS SO ORDERED.

Entered this 20th day of March, 2025

_____
United States District Judge